

No. 13–0671/AR.  U.S. v. Shawn M. Hines.  CCA 20120024.  Appellant's motion to file the supplement to the petition for grant of review out of time is denied.

No. 13–7001/AR.  U.S. v. Hasan K. Akbar.  CCA 20050514.  Appellant's *third* motion to extend time to file a brief is granted to October 21, 2013.

No. 14–0061/AR.  U.S. v. Gareth A. Drummond.  CCA 20110400.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 15, 2013.

No. 14–0062/AF.  U.S. v. Charles N. Yohe.  CCA 37950.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 15, 2013.

No. 14–0063/AF.  U.S. v. Jacinta–Marie R. Tompkins.  CCA 37627.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 15, 2013.

Thursday, September 26, 2013

No. 14–0070/AR.  U.S. v. Steven V. Ragels.  CCA 20110955.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 15, 2013.

No. 14–0071/AR.  U.S. v. Travis D. Jones.  CCA 20110679.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 15, 2013.

No. 14–0072/AR.  U.S. v. Eddie N. Dividu, Jr.  CCA 20120355.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 15, 2013.

No. 14–0073/AR.  U.S. v. Jose A. Guzman–Bonano.  CCA 20120011.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 15, 2013.

Friday, September 27, 2013

